**IN THE** UNITED STATES DISTRICT COURT
**FOR THE** SOUTHERN DISTRICT OF **MISSISSIPPI**
WESTERN DIVISION

**DONALD FAUVER**                                                              PLAINTIFF

**VS.**                                         CIVIL ACTION NO.: 5:15-CV-49-
                                                                         DCB-MTP

**SEADRILL AMERICAS, INC.**                              DEFENDANT


## ORDER GRANTING MOTION FOR SPECIAL TRIAL SETTING

**THIS CAUSE** having come before the Court on the motion of Defendant Seadrill

Americas, Inc. for a special trial setting [Doc. No. 47], and the Court understanding that the

Plaintiff does not oppose the motion and being fully advised in the premises, finds that the

motion is well taken and should be granted.  It is, therefore,

**ORDERED AND ADJUDGED** that the prior trial calendar setting of August 1, 2016

through August 19, 2016, is hereby CANCELLED.  It is further,

**ORDERED** that the trial of this matter is hereby set to commence on Monday, August

29, 2016, at 9:00 a.m., at the Federal District Courthouse in Natchez, Mississippi.

**SO ORDERED**, this the ___10th___ day of May, 2016.


                                             ___s/ David Bramlette_____
                                             UNITED STATES DISTRICT JUDGE


PD.19374597.1